NUMBERS 13-00-581-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


__________________________________________________________________


WARNER WOODARD
, Appellant,


v.



THE STATE OF TEXAS, Appellee.

__________________________________________________________________


On appeal from the 347th District Court 


of Nueces County, Texas.


___________________________________________________________________


O P I N I O N



Before Chief Justice Seerden, and Justices Hinojosa and Chavez


Opinion Per Curiam



 Appellant, WARNER WOODARD, attempted to perfect an appeal
from a judgment entered by the 347th District Court of Nueces County,
Texas. Sentence in this cause was imposed on March 9, 2000. No timely
motion for new trial was filed. The notice of appeal was due to be filed
on April 8, 2000, but was not filed until September 21, 2000. Said notice
of appeal is untimely filed. 

 Tex. R. App. P. 26.3 provides that the court of appeals may grant an
extension of time for filing notice of appeal if such notice is filed within 
fifteen days of the last day allowed and within the same period a motion
is filed in the court of appeals reasonably explaining the need for such
extension. Appellant failed to file his notice of appeal and motion
requesting an extension of time within such period. 

 The Court, having considered the documents on file and appellant's
failure to timely perfect his appeal, is of the opinion that the appeal should
be dismissed for want of jurisdiction. The appeal is hereby DISMISSED
FOR WANT OF JURISDICTION.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 21st day of December, 2000.